UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RENARD BROOKS, JR.,

    Petitioner,

v.

MARTIN BIDER, Warden,

    Respondent.

Case No. 18-cv-03208-KAW (PR)

ORDER OF TRANSFER

Petitioner, a state prisoner incarcerated at Corcoran State Prison, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of his conviction obtained in Fresno County Superior Court.

A federal petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court is properly filed in either the district of confinement or the district of conviction. 28 U.S.C. § 2241(d). The district court where the petition is filed may transfer the petition to the proper district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *See Dannenberg v. Ingle*, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

Petitioner was convicted in Fresno County Superior Court, which lies within the venue of the Eastern District of California. 28 U.S.C. § 84(b). Accordingly, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, the Clerk of the Court is ordered to TRANSFER this action to the United States District Court for the Eastern District of California.

All remaining motions are TERMINATED on this Court's docket as no longer pending in this Court.

IT IS SO ORDERED.

Dated: June 26, 2018

*Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge