# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENARD BROOKS, Jr., <br><br> Petitioner, <br><br> v. <br><br> MARTIN BIDER, <br><br> Respondent. | Case No. 1:18-cv-00883-JLT-HC <br><br> ORDER GRANTING MOTION TO AMEND TO NAME A PROPER RESPONDENT [Doc. No. 13] <br><br> ORDER SUBSTITUTING MARTIN BIDER AS RESPONDENT IN THIS MATTER |

On May 30, 2018, Petitioner filed a federal petition for writ of habeas corpus. He did not name a respondent in the matter. On July 2, 2018, the Court advised Petitioner that he had failed to name a proper respondent. Petitioner was granted leave to file a motion to amend to name a proper respondent.

On July 20, 2018, Petitioner filed a motion to amend the petition to name Martin Bider as Respondent in this matter. Petitioner has named the proper respondent since Martin Bider is the warden at his institution and he has "day-to-day control over" the petitioner. Brittingham v. United States, 982 F.2d 378, 379 (9th Cir. 1992).

///
///
///
///

1

**ORDER**

Accordingly, Petitioner's motion to amend and name a proper respondent is GRANTED. Martin Bider is hereby SUBSTITUTED as Respondent in this matter.

IT IS SO ORDERED.

Dated: **July 25, 2018**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE